| AO-10<br>Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2003** | *Report Required by the Ethics*<br>*in Government Act of 1978,*<br>*(5 U.S.C. App., §§101-111)* |

| 1. Person Reporting (*Last name, first, middle initial*)<br>LARIMER, DAVID G. | 2. Court or Organization<br>WESTERN DISTRICT OF NEW YORK | 3. Date of Report<br>04/20/04 |
|---|---|---|
| 4. Title (*Article III judges indicate active or senior status;*<br>*magistrate judges indicate full- or part-time*)<br><br>DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br>01/01/03 TO 12/31/03 |
| 7. Chambers or Office Address<br>United States Courthouse<br>100 State Street, Room 2500<br>Rochester, New York 14614 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Executor | Estate of ▓▓▓▓▓▓ |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Larimer, David G. | 04/20/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | New York Intellectual Property Law Association | Annual Dinner for Federal Judiciary - New York City on 3/28/03 - reimbursement for travel and hotel charges |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | M&T Bank, Rochester, NY | Personal Loan | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Mineral Rights in Illinois (See Part VIII) | A | Roy | J | W | | | | | |
| 2 M & T Bank, Rochester, NY | A | Int | J | T | | | | | |
| 3 TIAA-CREF (Mutual Fund) | D | Distributio | M | T | | | | – |- |
| 4 MONY Group (Common Stock) | A | Dividend | J | T | | | | | |
| 5 Putnam Investors (Fund CL-B) | A | Dividend | J | T | | | | | |
| 6 M & T Bank, Roch. NY,Exec.Acct.(Pt.I) | A | Interest | J | T | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Larimer, David G. | 04/20/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Concerning Section VII, line 1: I have an interest in mineral rights in a ▌▌▌tract in the southeast quarter of Jefferson County, Illinois. Parcel 1.

I have an interest in mineral rights in a ▌▌▌tract in the northeast quarter of Marion County, Illinois. Parcel 2.

I have an interest in mineral rights in a ▌▌▌tract in Marion County, Illinois. Parcel 3.

I have an interest in mineral rights in four separate tracts in Marion County, Illinois totaling ▌▌▌ Parcel 4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in ▌▌▌63 and Judicial Conference regulations.

Date April 20 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Commission on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2301
One Columbus Circle, N.E.
Washington, D.C. 20544